IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-03019-MWB |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| MARK ALAN STEFFES, | 18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| Defendant. | |

The Grand Jury charges:

### Count 1

### Possession of a Firearm by a Felon

From about March 2015 through April 14, 2015, in the Northern District of Iowa, defendant MARK ALAN STEFFES, did knowingly possess, in and affecting commerce, a firearm, namely a Kassner Imports PJK-9HP pistol, serial number F19061. Defendant MARK ALAN STEFFES previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: possession of firearms having been convicted of domestic violence, in the United States District Court for the Northern District of Iowa, on or about July 22, 2004, in case number CR02-3041-MWB.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant MARK ALAN STEFFES shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/ _____     5-21-15
Grand Jury Foreperson     Date

KEVIN W. TECHAU
United States Attorney

By: _____
SHAWN S. WEHDE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed MAY 2 1 2015
ROBERT L. PHELPS, CLERK

2